# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SALVADOR FERNANDEZ GARCIA

     Petitioner,

  v.

DEPARTMENT OF HOMELAND SECURITY, et al.

     Respondents.

Case No. 5:25-cv-01958-KK-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's Motion for Immediate Release (docket no. 7) is denied, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

Dated: December 29, 2025

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE