JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR FERNANDEZ GARCIA,<br><br>　　　　　Petitioner,<br>　　v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>　　　　　Respondents. | Case No. 5:25-cv-01958-KK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 29, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE